IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2018 JAN 11  PM 3: 54
WESTE...
BY

**MICHAEL SCHLAFFER,**
**Plaintiff,**

-vs-

**CAUSE NO.:**
**A-17-CV-01199-SS**

**BAZAARVOICE, INC., GENE AUSTIN,**
**THOMAS J. MEREDITH, CRAIG A.**
**BARBAROSH, STEVEN H.**
**BERKOWITZ, KRISTA BERRY,**
**SYDNEY L. CAREY, JEFFREY S.**
**HAWN, ALLISON M. WING,  BV**
**PARENT, LLC,  BV MERGER SUB,**
**INC.,  MARLIN EQUITY PARTNERS,**
**Defendants.**

## <u>ORDER OF DISMISSAL</u>

BE IT REMEMBERED on this day there was presented to the Court the Notice of

Dismissal [#3] filed by the plaintiff in the above-styled and numbered cause, and after

consideration of the same, the Court enters the following orders:

IT IS ORDERED that the Notice of Dismissal [#3] is GRANTED in all respects

and this lawsuit is hereby DISMISSED without prejudice.

SIGNED this the ___ 11 ___ day of January 2018.

SAM SPARKS
SENIOR U.S. DISTRICT JUDGE